FR:BGK
F. #2018R01979

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

      - against -

ANDRE CLAUDE CANTAVE,
    also known as "Andre Cantave,"
"Andrec Cantave," "AndreClaude
Cantave," and "Andre Cantte,"

          Defendant.

- - - - - - - - - - - - - - - -X

FINAL ORDER OF FORFEITURE

18-CR-0599 (RPK)

        WHEREAS, on or about June 17, 2021, Andre Claude Cantave, also known as "Andre Cantave," "Andrec Cantave," "AndreClaude Cantave," and "Andre Cantte," (the "defendant"), entered a plea of guilty to the Sole Count of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g);

        WHEREAS, on November 10, 2021, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in one Glock Model 43 .9mm Luger caliber semiautomatic pistol, serial number BDYL051, and ammunition, which were seized from the defendant on or about September 30, 2018 (the "Seized Firearm and Ammunition"), are forfeitable to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), as a firearm and ammunition involved in or used in as a result of the defendant's violation of 18 U.S.C. § 922(g), and/or substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning December 1, 2021, through and including December 30, 2021 (Docket no. 86); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Firearm and Ammunition and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Seized Firearm and Ammunition are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Firearm and Ammunition in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Melissa Thorpe, ProMinds Paralegal, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
              May 30              , 2022

SO ORDERED:

/s/ Rachel P. Kovner
_____
HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK